UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| GUIDEONE INSURANCE COMPANY, | |
| Petitioner, | CIVIL ACTION NO. 1:25-cv-00543 |
| v. | |
| NEW ENGLAND PROPERTY SERVICES GROUP, LLC, | |
| Respondent. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, GuideOne Insurance Company ("GuideOne") and New England Property Services Group, LLC, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, with all rights of appeal waived.

Dated: January 29, 2026

Respectfully submitted,

| **GuideOne Insurance Company**, | **New England Property Services Group, LLC** |
|---|---|
| By its attorneys, | By its attorney, |
| */s/ Paul S. Callaghan* | /s/ Thomas J. Alves |
| Paul S. Callaghan | Thomas J. Alves #9265 |
| Higgins, Cavanagh & Cooney, LLP | New England Property Services Group, LLC |
| 10 Dorrance Street, Ste. 400 | 1822 North Main Street |
| Providence, RI 02903 | Second Floor Annex, Suite 001 |
| pcallaghan@hcc-law.com | Fall River, MA 02720 |
| | tom@newenglandpropertyservicesgroup.com |

and

*/s/ Seth V. Jackson*
Seth V. Jackson (*pro hac vice*)
Zelle LLP
161 Worcester Road, Ste. 502
Framingham, MA 01701
sjackson@zellelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of January 2026.

*/s/ Seth V. Jackson*
Seth V. Jackson

4928-4455-3866v1